UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PENNY PITRE**                                                           **CIVIL ACTION**

**VERSUS**

**CIRCLE K STORES, INC., ET AL.**

                                                                        **NO. 21-00582-BAJ-EWD**

## RULING AND ORDER

On August 25, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 11, the "R&R")** recommending that the above-captioned action be remanded to the Eighteenth Judicial District Court for the Parish of West Baton Rouge, State of Louisiana for lack of subject matter jurisdiction, based on Defendants' failure to establish diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332. Defendants object to the R&R. (Doc. 12).

Upon de novo review, and having carefully considered Defendants' Notice of Removal (Doc. 1), the parties' memoranda setting forth their respective positions regarding whether Defendants have satisfied Section 1332's diversity of citizenship requirement (Docs. 7, 10), and Defendants' objections to the R&R (Doc. 12), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Eighteenth Judicial District Court for the Parish

of West Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's request under 28 U.S.C. § 1447(c) for the costs and attorney's fees associated with filing the Motion be **DENIED**.

Judgment shall be issued separately.

Baton Rouge, Louisiana, this 20th day of September, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA